UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| SHARON SMITH, | ) | Case No. 3:16-cv-78 |
| | ) | |
| Plaintiff, | ) | Judge Thomas M. Rose |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY AND ORDER GRANTING JOINT MOTION FOR REMAND (DOC. 8); VACATING THE PRIOR NON-DISABILITY FINDING; REMANDING THIS CASE TO THE COMMISSIONER UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g) FOR FURTHER PROCEEDINGS; AND TERMINATING THIS CASE**

This case is before the Court on the parties' Joint Motion To Remand (Doc. 8) pursuant to Section 205 of the Social Security Act, 42 U.S.C. § 405(g).  The Court, having been fully advised, hereby **ORDERS** that:

(1) The Joint Motion To Remand (Doc. 8) is **GRANTED**;

(2) The Commissioner's prior non-disability finding shall be **VACATED**;

(3) This case shall be **REMANDED** to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g); and

(4) This case is **TERMINATED** on this Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, August 9, 2016.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE